940

M. P. No. 75-280. EAST GREENWICH YACHT CLUB et al. v. COASTAL RESOURCES MANAGEMENT COUNCIL et al. Petition for writ of certiorari granted. Roberts, C. J. not participating. *Higgins, Cavanagh & Cooney, Harold E. Adams, Jr., William J. Toohey,* City Solicitor, *Joseph J. McGair,* Asst. City Solicitor, *Julius C. Michaelson,* Attorney General, for plaintiffs-respondents. *Gerald G. Norigian, Shayle Robinson,* for defendant-petitioner, Bayside Development.

M. P. No. 75-285. DAVID J. PAQUETTE et ux. v. ZONING BOARD OF WEST WARWICK et al. Petition for writ of certiorari granted. Roberts, C. J. not participating. *Butterfield, Miller & Fuyat, Joseph G. Miller,* for petitioners. *Nolan & Dailey, Leo J. Dailey,* for Oak Development Co. *John A. Brunero,* Town Solicitor, for respondents.

M. P. No. 75-289. JUDITH WILLS v. JOHN F. WILLS, III. Petition for writ of certiorari denied. Roberts, C. J. not participating. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for plaintiff-respondent. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Howard I. Lipsey,* for defendant-petitioner.

APPEAL No. 73-228. HELEN SURGENTO v. AMERICAN LUGGAGE WORKS, INC. Motion for attorney's fee denied without prejudice. Roberts, C. J. not participating. *Lovett & Linder, Ltd., Raul L. Lovett,* for plaintiff. *Paul H. Hodge,* for defendant.

APPEAL No. 74-199. ANNA G. DAVIS, *Executrix et al.* v. PAWTUCKET REDEVELOPMENT AGENCY. Motion of plaintiffs to dismiss appeal for failure of defendant to file brief is granted. Roberts, C. J. not participating. *Francis R. Foley,* for plaintiffs. *John F. Sherlock, Jr.,* for defendant.

APPEAL No. 75-65. PASCO RUSSO et al. v. LOUIS CEDRONE et al. Motion of plaintiffs to remand to Superior Court is granted. Roberts, C. J. not participating. *John F. Cuzzone, Jr., William J. Peotrowski, Jr., Gerard McG. DeCelles, Quinn, Cuzzone & Geremia,* for plaintiffs. *J. Renn Olenn, James E. Murphy, Anthony M. Gallone, Joseph F. Penza, Jr.,* for defendants.